IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIRK ROBINSON,

          Plaintiff,

vs.

MICHAEL CORDONIER,

          Defendant.

8:23CV535

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss, which the Court liberally construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Filing 18. Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff simply asks the Court to "dismiss this case." Filing 18. While the defendant has filed an answer and the Court recently entered a progression order, this case is still in the early stages of litigation. Upon consideration, and there being no objection from the defendant,

IT IS ORDERED that:

1.     Plaintiff's request for dismissal of this action, Filing 18, is granted. Accordingly, this matter is dismissed.

2.     A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 24th day of February, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge